

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster Jr.,
Appellants

v.

**KNIGHTHAWK, LLC,** Series G,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

After we granted the court reporter's first request for an extension of time to file the record, the record was due November 23, 2015. The court reporter has now filed a second motion for extension of time. The reporter asks for an additional thirty days of time to file the record from the date the extension was filed, i.e., December 1, 2015. The reporter's request for an extension of time is GRANTED IN PART. We ORDER the court reporter to file the record in this court on or before December 23, 2015, which is thirty days from the last due date. See Tex. R. App. P. 35.3(c).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court